IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| IN THE MATTER OF THE SEARCH OF ) | CRIMINAL NO.: 3:23-cr-00341 |
| GEO-LOCATION DATA AND/OR ) | |
| REAL TIME TRACKING DATA FOR ) | **SECOND ORDER EXTENDING** |
| THE TARGET TELEPHONE ) | **DELAY OF NOTIFICATION** |
| DESCRIBED IN DEA SA BRANDON ) | |
| BAMBERG DATED 2/27/2022 ) | **(FILED UNDER SEAL)** |

This matter comes before the Court on motion of the United States for a second Order extending the delay of notification of the search warrant captioned "In the Matter of the Search of Geo-location data and/or real time tracking data for the target telephone number as described in DEA SA Brandon Bamberg's Affidavit," which has an affidavit dated February 27, 2023 attached and was previously issued in the above-referenced case, for an additional ninety days pursuant to Title 18, United States Code, Sections 2705, 3103a(b), and 3103(c). The Government requests the extension as the investigation is still ongoing and notification would otherwise seriously jeopardize the investigation.

Based on the foregoing, the Court finds good cause shown for an extension of delay of notification for an additional ninety days and further finds that the interest of justice is best served by filing the motion and this Order under seal. It is therefore,

**ORDERED** that notification of the search warrant previously issued in the above-referenced case be delayed for an additional ninety days and that the motion and this Order be filed under seal.

**AND IT IS SO ORDERED.**

_____
SHIVA V. HODGES
United States Magistrate Judge

Columbia, South Carolina
August 3, 2023